HAZEL ELLIS, Appellant, *v.* CITY OF GENEVA, Respondent.

FRANK ELLIS, Appellant, *v.* CITY OF GENEVA, Respondent.

Argued February 24, 1942; decided March 19, 1942.

*Joseph J. Spillane* for appellants.

*Arthur T. McAvoy, City Attorney (Albert G. Kirby* of counsel), for respondent.

Judgments affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.